439 F.2d 693
 ST. JOE PAPER COMPANY, Plaintiff-Appellee,
v.
Roscoe O. WILLIAMS, Defendant-Appellant.
 No. 30629.
 United States Court of Appeals, Fifth Circuit.
 March 24, 1971.
 
 James H. Faulkner, Birmingham, Ala., for defendant-appellant.
 J. Michael Conaway, Walter R. Byars, Montgomery, Ala., for plaintiff-appellee.
 Before GEWIN, BELL and ALDISERT,* Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed. See Local Rule 21.**
 
 
 
 Notes:
 
 
 *
 Of the Third Circuit, sitting by designation
 
 
 **
 See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970)